**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 1, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **VIOLATIONS:** |
| **DEANDRE LEWIS BIGESBY,**<br>**also known as "Deandre Bixby",**<br>**also known as "Deandre L Bixby",** | : | **21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>**(Unlawful Possession with Intent to Distribute Cocaine)** |
| **Defendant.** | : | **18 U.S.C. § 924(c)(1)(A)(i)**<br>**(Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Crime)** |
| | : | **18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| | : | **FORFEITURE**<br>**21 U.S.C. § 853(a), (p)**<br>**18 U.S.C. § 924(d)**<br>**28 U.S.C. § 2461(c)** |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 1, 2026, within the District of Columbia, **DEANDRE LEWIS BIGESBY**, did unlawfully, knowingly, and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

(**Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

## COUNT TWO

On or about October 1, 2026, within the District of Columbia, **DEANDRE LEWIS BIGESBY**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of a drug trafficking offense, for which he may be prosecuted in court of the United States, that is, Count One of this Indictment, which is incorporated herein, a firearm, that is, a Taurus G3 pistol bearing serial number AAL021915.

(**Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Crime**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)).

## COUNT THREE

On or about October 1, 2026, within the District of Columbia, **DEANDRE LEWIS BIGESBY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the District of Columbia Superior Court, Criminal Case No. 2022-CF3-005302, did unlawfully and knowingly possesses a firearm and ammunition, that is, a Taurus G3 pistol bearing serial number AAL021915 and nine rounds of ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(2), any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such violation, including but not limited to: a Taurus G3 pistol bearing serial number AAL021915 and approximately nine (9) rounds of ammunition.

2. Upon conviction of the offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation, including but not limited to: $1,678.18 in U.S. currency.

3. Upon conviction of the offense alleged in Count Two, or alternatively, Count Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Taurus G3 pistol bearing serial number AAL021915 and approximately nine (9) rounds of ammunition.

**MONEY JUDGEMENT**

The United States will seek a forfeiture money judgment against the defendant equal of the value of any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of these offenses, pursuant to Title 21, United States Code, Section 853(a)(1).

**SUBSTITUTE ASSETS**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(e) has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to 21 U.S.C. § 853(a) and (p)).

A TRUE BILL:

_______________________
FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _______________________
Matthew W. Kinskey
Assistant United States Attorney and
Deputy Chief,
Violent Crime & Narcotics Trafficking Section